UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18cr490 |
|---|---|---|
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | ORDER |
| ROBERT SHUE, | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's report and recommendation that the Court ACCEPT Defendant Robert Shue's ("Defendant") plea of guilty and enter a finding of guilty against defendant. (Doc. No. 15.)

On August 29, 2018, the government filed an indictment against defendant. (Doc. No. 1.) On November 28, 2018, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving defendant's guilty plea. (Doc. No. 13.)

On December 13, 2018, a hearing was held in which defendant entered a plea of guilty to count 1 of the indictment, charging him with Bank Robbery, in violation of 18 U.S.C. Section 2113(a). Magistrate Judge Limbert received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 15.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of count 1 in violation of 18 U.S.C. Section 2113(a). The sentencing will be held on March 28, 2019 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: January 3, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**